Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III *(pro hac vice anticipated)*
Email: wramey@rameyfirm.com
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 900-4941

*Attorneys for Plaintiff*
CyboEnergy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CYBOENERGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENSATA TECHNOLOGIES HOLDINGS, PLC, a public limited company of England and Wales,<br><br>Defendant. | Case No.: 2:21-cv-8216<br><br>**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**(35 U.S.C. § 271)**<br><br>**JURY TRIAL DEMANDED** |

CyboEnergy, Inc. ("CyboEnergy") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent

-1-

Nos. 8,786,133 ("the '133 patent") and 9,331,489 ("the '489 patent") (referred to as the "Patents-in-Suit") by Sensata Technologies Holdings, PLC ("Sensata").

## I. THE PARTIES

1. Plaintiff CyboEnergy is a Delaware Corporation with its principal place of business located in Sacramento County, California.

2. On information and belief, Sensata is company existing under the laws of England and Wales, with a regular and established place of business located at Sensata Technologies, 1461 Lawrence Drive, Suite 1, Thousand Oaks, CA 91320. On information and belief, SENSATA sells and offers to sell products and services throughout California, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in California and this judicial district. Defendant may be served through its registered agent, or wherever they may be found.

## II. JURISDICTION AND VENUE

3. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4. This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of California and this judicial district; (ii) Defendant has purposefully availed itself of the

privileges of conducting business in the State of California and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of California and in this judicial district.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in California and this District.

**III.  INFRINGEMENT**

**A. Infringement of the '133 Patent**

6. On July 22, 2014, U.S. Patent No. 8,786,133 ("the '133 patent", attached as Exhibit A) entitled "Smart and Scalable Power Inverters" was duly and legally issued by the U.S. Patent and Trademark Office. CyboEnergy owns the '133 patent by assignment.

7. The '133 patent relates to novel and improved power inverters.

8. SENSATA maintains, operates, manufactures, offers for sale and sells power inverters that infringe one or more claims of the '133 patent, including one or more of claims 1-24, literally or under the doctrine of equivalents. Defendant put the

inventions claimed by the '133 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| Independent Claim | Sensata – Magnum MicroGT 500 Inverters |
|---|---|
| 15. A scalable DC to AC power inversion system for providing AC power to a power grid from a plurality of individual DC power sources each having a DC power output port, comprising: | Sensata and its affiliate company Magnum manufacturer and sell solar inverters that are used in DC to AC power conversion systems. The infringing Sensata-Magnum inverter is its MicroGT 500 Microinverter as shown below. [1]<br><br>On page 1 of [2], it states that the MicroGT 500 inverter is used in utility-interactive grid-tied applications, which means the DC to AC power conversion system enabled by MicroGT 500 Microinverters provides AC power to the power grid.<br><br>The product has been on the market since Sept 2016. [4] [5]<br><br>A DC to AC power inversion system enabled by MicroGT 500 is scalable as described on its MicroGT 500 |

| | |
|---|---|
| | Microinverter data sheet [1] as shown below, where a plurality of individual DC power sources (solar panels) each having a DC power output port.<br> |
| a) a plurality of power inverters, each of said power inverters including a single DC-AC inverter, at least two DC power input ports coupled to the single DC-AC inverter, an AC power input port, and an AC power output port coupled to the single DC-AC inverter, each of said DC power input ports having one | A DC to AC power inversion system enabled by Sensata-Magnum GT500 inverters has a plurality of power inverters as shown in Figure 1 of Ref [2] on page 1.<br><br>Figure 2 on page 2 of [2] shows that each MicroGT 500 |

| | |
|---|---|
| DC power source connected thereto; | inverter has a single DC-AC inverter, at least two DC power input ports coupled to the single DC-AC inverter, an AC input port, and an AC power output port coupled to the single DC-AC inverter, each of said DC power input ports having one DC power source connected thereto. See blue marked words.<br><br>**The MicroGT 500's Independent DC Inputs**<br>Each MicroGT 500 inverter has two independent DC inputs, each with independent MPPT control and data monitoring.<br><br>[Diagram showing MicroGT 500 dimensions: 88.5" (225 cm) total, 72.3" (183.6 cm), 8.7" (22.1 cm), 7.5" (19.1 cm), 6.5" (16.5 cm); labeled Male, AC Output Port, DC Input Port 1, LED, DC Input Port 2, Female, AC Input Port, MAGNUM ENERGY]<br><br>Figure 2, MicroGT 500 Dimensions |
| b) said AC power output port of each power inverter being connected in a daisy chain to the AC power input port of the next power inverter, except for the AC power input port of the first power inverter being left open, and the AC power output port of the last power inverter being connected to a power service panel of | Figure 8 and 9 of Ref [2] on page 7 describe the steps of "Connecting the MicroGT inverters using AC Connectors" in a daisy-chain:<br><br>"Plug the AC Connector cable's female end (other end hardwired to junction box – Figure 4) into the male AC connector of the first MicroGT. Twist the connector's collar (until you hear a "click") to lock the two together.<br><br>2. Plug the female AC connector of the first MicroGT into the male AC connector of the next microinverter (Figure 8). Twist to lock. Repeat the process for the remainder of the microinverters installed in your system to form a continuous AC branch circuit.<br><br>3. Install a female protective end cap (ME-MGT-ENDCAP-F) on the open female AC connector of the last microinverter in the AC branch circuit (Figure 9)." |

| | |
|---|---|
| the power grid; | <br>Figure 8, Connecting the MicroGTs via AC Connectors<br><br>Figure 9, AC Connector Protective End Cap |
| c) whereby said system is incrementally scalable by adding or subtracting DC power sources and daisy-chained inverters. | On page 1 of Ref [2], it states: "Figure 1 is an example of a basic system installation diagram using multiple MicroGT 500 microinverters", which implies that the system is incrementally scalable by adding or subtracting DC power sources and inverters. (See Figure 1 above). |

These allegations of infringement are preliminary and are therefore subject to change.

10. SENSATA has and continues to induce infringement. SENSATA has actively encouraged or instructed others (e.g., its customers and/or the customers of

its related companies), and continues to do so, on how to use and construct power inverters such as to cause infringement of one or more of claims 1–24 of the '133 patent, literally or under the doctrine of equivalents. Moreover, SENSATA has known of the '133 patent and the technology underlying it from at least the date of issuance of the patent and the date of the lawsuit filing.

11. SENSATA has and continues to contributorily infringe. SENSATA has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., power inverters) and related services that provide power inverters such as to cause infringement of one or more of claims 1–24 of the '133 patent, literally or under the doctrine of equivalents. Moreover, SENSATA has known of the '133 patent and the technology underlying it from at least the date of issuance of the patent and the date of the lawsuit filing.

12. SENSATA has caused and will continue to cause CyboEnergy damage by direct and indirect infringement of (including inducing infringement of) the claims of the '133 patent.

**B. Infringement of the '489 Patent**

13. On May 3, 2016, U.S. Patent No. 9,331,489 ("the '489 patent", attached as Exhibit B) entitled "Maximizing Power Production at Low Sunlight by Solar Power Mini-Inverters" was duly and legally issued by the U.S. Patent and Trademark Office. CyboEnergy owns the '489 patent by assignment.

14. The '489 patent relates to novel and improved power inverters.

15. SENSATA maintains, operates, manufactures, offers for sale and sells power inverters that infringe one or more claims of the '489 patent, including one or more of claims 1-16, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '489 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

16. Support for the allegations of infringement may be found in the following preliminary table:

| Independent Claim | Sensata – Magnum MicroGT 500 Inverters |
|---|---|
| 14. An m-channel solar power inverter, comprising:<br><br>a) at least two DC input channels, each of which comprises a DC-DC boost converter, measurement circuits, supporting circuits, and cables and | Sensata and its affiliate company Magnum manufacturer and sell solar power inverters that are used in DC to AC power conversion systems. The infringing Sensata-Magnum inverter is its MicroGT 500 Microinverter as shown below. [1]<br><br>The product has been on the market since Sept 2016. [4] [5]<br><br>Figure 2 on page 2 of Ref [2] shows that each MicroGT 500 inverter has at least two DC input channels (DC input ports), |

| | | |
|---|---|---|
| | connectors to connect to a solar panel; | cables and connectors to connect to a solar panel. See blue marked words.<br><br>**The MicroGT 500's Independent DC Inputs**<br>Each MicroGT 500 inverter has two independent DC inputs, each with independent MPPT control and data monitoring.<br><br>*Figure 2, MicroGT 500 Dimensions*<br><br>Since each DC input channel in the MicroGT 500 inverter needs to receive DC power from the solar panel, it must include a DC converter or DC boost converter, measurement circuits, and supporting circuits. |
| | b) an AC power output port arranged to supply AC power to an electric grid; | Each MicroGT inverter has an AC power output port arranged to supply AC power to an electric grid as shown in Figure 1 of Ref [2] on page 1.<br><br>*Figure 1, Basic PV System Installation Diagram* |

| | | |
|---|---|---|
| | b) said AC power output port of each power inverter being connected in a daisy chain to the AC power input port of the next power inverter, except for the AC power input port of the first power inverter being left open, and the AC power output port of the last power inverter being connected to a power service panel of the power grid; | Figure 8 and 9 of Ref [2] on page 7 describe the steps of "Connecting the MicroGT inverters using AC Connectors" in a daisy-chain:<br><br>"Plug the AC Connector cable's female end (other end hardwired to junction box – Figure 4) into the male AC connector of the first MicroGT. Twist the connector's collar (until you hear a "click") to lock the two together.<br><br>4. Plug the female AC connector of the first MicroGT into the male AC connector of the next microinverter (Figure 8). Twist to lock. Repeat the process for the remainder of the microinverters installed in your system to form a continuous AC branch circuit.<br><br>5. Install a female protective end cap (ME-MGT-ENDCAP-F) on the open female AC connector of the last microinverter in the AC branch circuit (Figure 9)." |



Figure 8, Connecting the MicroGTs via AC Connectors



Figure 9, AC Connector Protective End Cap

| | | |
|---|---|---|
| | c) a DC power combiner connected to said DC-DC boost converters for combining the DC output from all DC-DC boost converters; | Since the MicroGT 500 inverter has one AC output port to send the power to the grid, it must have a DC power combiner to be connected to the DC-DC boost converters for combining the DC output from all DC-DC boost converters. |
| | d) a digital microcontroller connected to said DC-DC boost converters, arranged to measure input voltage and current to calculate DC input power for each channel, and constructed to run the power inverter in normal or low power mode based on calculated DC input power; | From Ref [1], the MicroGT 500 Microinverter has features such as channel level MPPT (Maximum Power Point Tracking) to deal with solar panel partial shading problems. This is one of the key benefits of the invention of multiple input channel design disclosed in the US patents 8,786,133 and 9,331,489.<br><br>In order to perform channel level MPPT, a digital microcontroller is a necessary component. The microcontroller will have to connect to the DC-DC boost converters, arranged to measure input voltage and current to calculate DC input power for each channel in order to achieve the MPPT (Maximum Power Point Tracking).<br><br>**MicroGT 500 Microinverter**<br>*Storage-ready microinverter optimized to work seamlessly with Magnum battery-based inverters. Ideal for AC-coupled systems and enhancing battery life.*<br><br>The Magnum Energy MicroGT 500 Microinverter from Sensata Technologies is optimized to communicate with a Magnum battery-based inverter, allowing the addition of battery storage with 3-stage charging at any time. The dual module, MPPT MicroGT is engineered for easy installation, with a daisy-chain design and no trunk cable required.<br><br>**FEATURES**<br>• Supports two modules per inverter, reducing installation labor time.<br>• Can accommodate PV modules up to 365W; ideal for modules up to 310W.<br>• Each microinverter has two MPPT, allowing for individual MPPT on each panel.<br>• Module-level electronics mitigates shading issues and increases system output and reliability.<br>• Connect up to 14 solar modules in a single branch (string), using just seven MicroGT 500 Microinverters with a 20A breaker, for up to 3500W of solar per branch.<br>• Ready for install in your area: UL1741 and NEC690.12 compliant.<br>• Storage-ready: Optimized to regulate AC coupled Magnum battery-based inverters, increasing battery life. |
| | e) a DC power supply connected to all input channels through the DC | Since the MicroGT microinverter requires DC power to run its electronics, it will have to include a DC power supply connected to all input channels through the DC power combiner, arranged to supply DC power to electronic circuits of the MicroGT inverter. |

power combiner, arranged to supply DC power to electronic circuits of the power inverter, and configured to take DC power from a dedicated input channel and its connected solar panel when the digital microcontroller detects that the calculated input power is below a pre-determined value.

**References**

[1] Sensata Magnum MicroGT 500 Datasheet.

https://www.magnum-dimensions.com/sites/default/files/MagDocs/MicroGT-500_datasheet_64- 5019_revD-web.pdf

[2] Sensata Magnum MicroGT 500 Owners Manual

https://www.magnum-dimensions.com/sites/default/files/MagDocs/64-0063%20F%20Owner%20Manual%2C%20CSW%2012V%20Series.pdf

[3] Sensata Magnum MicroGT 500 Quick Design Guide

https://www.magnum-dimensions.com/sites/default/files/64-0085-Q%20A%20Owner%20Manual%2C%20ME-MGT500.pdf

[4] Sensata News Release, "Sensata Technologies to Release for Sale its Magnum Energy Microinverter and Several Key New Products at Solar Power International in September 2016".

https://www.magnum-dimensions.com/news/201609/sensata-technologies-release-sale-its- magnum-energy-microinverter-and-several-key-new

[5] Magnum Inverters on Sensata Website:

https://www.magnum-dimensions.com/magnum-inverters

These allegations of infringement are preliminary and are therefore subject to change.

17. SENSATA has and continues to induce infringement. SENSATA has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use and construct power inverters such as to cause infringement of one or more of claims 1–16 of the '489 patent, literally or under the doctrine of equivalents. Moreover, SENSATA has known of the '489 patent and the technology underlying it from at least the date of issuance of the patent and the date of the lawsuit filing.

18. SENSATA has and continues to contributorily infringe. SENSATA has

actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., power inverters) and related services that provide power inverters such as to cause infringement of one or more of claims 1–16 of the '489 patent, literally or under the doctrine of equivalents. Moreover, SENSATA has known of the '489 patent and the technology underlying it from at least the date of issuance of the patent and the date of the lawsuit filing.

      19.    SENSATA has caused and will continue to cause CyboEnergy damage by direct and indirect infringement of (including inducing infringement of) the claims of the '489 patent.

## IV.    PRAYER FOR RELIEF

WHEREFORE, CyboEnergy prays for relief as follows:

    a.    enter judgment that Defendant has infringed the claims of the Patents-in-Suit;

    b.    award CyboEnergy damages in an amount sufficient to compensate it for Defendant's infringement of the Patents-in-Suit in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

    c.    award CyboEnergy an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for

any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award CyboEnergy its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f. a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g. award CyboEnergy such other and further relief as this Court deems

just and proper.

Dated: October 15, 2021           Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641


RAMEY & SCHWALLER LLP

/s/ William P. Ramey, III
William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

***Attorneys for Plaintiff***
CyboEnergy, Inc.

# DEMAND FOR JURY TRIAL

CyboEnergy hereby requests a trial by jury on issues so triable by right.

Dated: October 15, 2021

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641
Email: susan@m-iplaw.com


RAMEY & SCHWALLER LLP

/s/ William P. Ramey, III
William P. Ramey, III (*pro hac vice anticipated*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff*
CyboEnergy, Inc.