| | |
|---|---|
| 1 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| | STEVEN D. MOORE (SBN 290875) |
| 2 | smoore@kilpatricktownsend.com |
| | Two Embarcadero Center, Suite 1900 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-576-0200 |
| 4 | Facsimile: 415-576-0300 |
| 5 | KRISTOPHER REED (SBN 235518) |
| | kreed@kilpatricktownsend.com |
| 6 | KEVIN M. BELL, Admitted *Pro Hac Vice* |
| | kbell@kilpatricktownsend.com |
| 7 | 1400 Wewatta Street, Suite 600 |
| | Denver, CO 80202 |
| 8 | Telephone: 303-571-4000 |
| | Facsimile: 303-571-4321 |
| 9 | |
| 10 | TAYLOR J. PFINGST (State Bar No. 316516) |
| | tpfingst@kilpatricktownsend.com |
| 11 | 1801 Century Park East, Suite 2300 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: 310-248-3830 |
| | Facsimile: 310-860-0363 |
| 13 | Attorneys for Defendant |
| | SENSATA TECHNOLOGIES HOLDINGS, PLC |
| 14 | |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CYBOENERGY, INC., a Delaware Corporation, | Case No. 2:21-cv-8216 GW-RAO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| SENSATA TECHNOLOGIES HOLDINGS, PLC, a Public Limited Company of England and Wales, | Complaint Served: February 1, 2022<br>Current Response Date: February 15, 2022<br>New Response Date: March 1, 2022 |
| Defendant. | Judge: Hon. George H. Wu |

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:21-CV-8216 GW-RAO

      The undersigned counsel of record for Plaintiff CyboEnergy, Inc. ("Plaintiff") and Defendant Sensata Technologies Holdings, PLC ("Defendant"), pursuant to Local Rule 7-1, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Amended Complaint for Patent Infringement ("Amended Complaint") filed by Plaintiff on February 1, 2022. Dkt. 27. Defendant's current deadline to respond to the Complaint is February 15, 2022.  Plaintiff and Defendant are currently engaged in discussions regarding possible resolution Plaintiff's allegations in the Amended Complaint. The Parties therefore stipulate to a 14-day extension of time for Defendant to file its responsive pleading from February 15, 2022 to March 1, 2022. This is the first stipulation for extension of the deadline to respond to the Amended Complaint in this case, following an earlier extension of the deadline to respond to the original complaint. Dkt. 22.

      Defendant respectfully submits that good cause exists for an extension of time, and Plaintiff's counsel agrees to this request.

      I, Kristopher L. Reed, attest that the other signatory on this Stipulation to Extend Time to Respond to Complaint concurs in the filing's content and has authorized the filing.

1

2

3   DATED: February 15, 2022        Respectfully submitted,

4                                   KILPATRICK TOWNSEND & STOCKTON LLP

5

6                                   By:  */s/ Kristopher L. Reed*
                                         KRISTOPHER L. REED
7                                        STEVEN D. MOORE
                                         TAYLOR J. PFINGST
8

9                                   Attorneys for Defendant
                                    SENSATA TECHNOLOGIES HOLDINGS, PLC
10

11

12                                  RAMEY & SCHWALLER LLP

13

14                                  By:  */s/ William P. Ramey, III*
                                         WILLIAM P. RAMEY, III (Admitted Pro
15                                       Hac Vice)

16

17                                  Attorneys for Plaintiff
                                    CYBOENERGY, INC.

18

19

20

21

22

23

24

25

26

27

28



STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:20-CV-09085-DDP-AFM                                        - 2 -