| | |
|---|---|
| 1 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
|   | STEVEN D. MOORE (SBN 290875) |
| 2 | smoore@kilpatricktownsend.com |
|   | Two Embarcadero Center, Suite 1900 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415-576-0200 |
| 4 | Facsimile: 415-576-0300 |
| 5 | KRISTOPHER REED (SBN 235518) |
|   | kreed@kilpatricktownsend.com |
| 6 | KEVIN M. BELL, Admitted *Pro Hac Vice* |
|   | kbell@kilpatricktownsend.com |
| 7 | 1400 Wewatta Street, Suite 600 |
|   | Denver, CO 80202 |
| 8 | Telephone: 303-571-4000 |
|   | Facsimile: 303-571-4321 |
| 9 | |
| 10 | TAYLOR J. PFINGST (State Bar No. 316516) |
|   | tpfingst@kilpatricktownsend.com |
| 11 | 1801 Century Park East, Suite 2300 |
|   | Los Angeles, CA 90067 |
| 12 | Telephone: 310-248-3830 |
|   | Facsimile: 310-860-0363 |
| 13 | Attorneys for Defendant |
|   | SENSATA TECHNOLOGIES HOLDINGS, PLC |
| 14 | |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CYBOENERGY, INC., a Delaware Corporation, | Case No. 2:21-cv-8216 GW-RAO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| SENSATA TECHNOLOGIES HOLDINGS, PLC, a Public Limited Company of England and Wales, | Complaint Served: February 1, 2022<br>Current Response Date: March 1, 2022<br>New Response Date: March 15, 2022 |
| Defendant. | Judge: Hon. George H. Wu |

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:21-CV-8216 GW-RAO

1     The undersigned counsel of record for Plaintiff CyboEnergy, Inc. ("Plaintiff")
2 and Defendant Sensata Technologies Holdings, PLC ("Defendant"), pursuant to
3 Local Rule 7-1, hereby stipulate to extend the time for Defendant to respond to
4 Plaintiff's Amended Complaint for Patent Infringement ("Amended Complaint")
5 filed by Plaintiff on February 1, 2022. Dkt. 27. Defendant's current deadline to
6 respond to the Amended Complaint is March 1, 2022.  Plaintiff and Defendant have
7 agreed to settlement in principle, and require an additional two weeks to finalize the
8 settlement agreement and file for dismissal of all claims. The Parties therefore
9 stipulate to a further 14-day extension of time for Defendant to file its responsive
10 pleading from March 1, 2022 to March 15, 2022. This is the second stipulation for
11 extension of the deadline to respond to the Amended Complaint in this case,
12 following an earlier extension of the deadline to respond to the original complaint.
13 Dkt. 22, Dkt. 28.

14     Defendant respectfully submits that good cause exists for an extension of
15 time, and Plaintiff's counsel agrees to this request.

16     I, Kristopher L. Reed, attest that the other signatory on this Stipulation to
17 Extend Time to Respond to Complaint concurs in the filing's content and has
18 authorized the filing.

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:21-CV-8216 GW-RAO    - 1 -

| | | |
|---|---|---|
| 1 | DATED: March 1, 2022 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Kristopher L. Reed* <br> KRISTOPHER L. REED <br> STEVEN D. MOORE <br> TAYLOR J. PFINGST |
| 6 | | |
| 7 | | Attorneys for Defendant <br> SENSATA TECHNOLOGIES HOLDINGS, PLC |
| 8 | | |
| 9 | | |
| 10 | | RAMEY & SCHWALLER LLP |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ William P. Ramey, III* <br> WILLIAM P. RAMEY, III (Admitted Pro Hac Vice) |
| 14 | | |
| 15 | | Attorneys for Plaintiff <br> CYBOENERGY, INC. |
| 16 | | |



STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:20-CV-09085-DDP-AFM

- 2 -