**KILPATRICK TOWNSEND & STOCKTON LLP**
STEVEN D. MOORE (SBN 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  415-576-0200
Facsimile:  415-576-0300

KRISTOPHER REED (SBN 235518)
kreed@kilpatricktownsend.com
KEVIN M. BELL, Admitted *Pro Hac Vice*
kbell@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:  303-571-4000
Facsimile:  303-571-4321

TAYLOR J. PFINGST (State Bar No. 316516)
tpfingst@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310-248-3830
Facsimile:  310-860-0363

Attorneys for Defendant
SENSATA TECHNOLOGIES HOLDINGS, PLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CYBOENERGY, INC.,a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENSATA TECHNOLOGIES HOLDINGS, PLC, a Public Limited Company of England and Wales,<br><br>Defendant. | Case No. 2:21-cv-8216 GW-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 1, 2022<br>Current Response Date:  March 15, 2022<br>New Response Date:      March 30, 2022<br><br>Judge: Hon. George H. Wu |

1        The undersigned counsel of record for Plaintiff CyboEnergy, Inc. ("Plaintiff")

2    and Defendant Sensata Technologies Holdings, PLC ("Defendant"), pursuant to

3    Local Rule 7-1, hereby stipulate to extend the time for Defendant to respond to

4    Plaintiff's Amended Complaint for Patent Infringement ("Amended Complaint")

5    filed by Plaintiff on February 1, 2022. Dkt. 27. Defendant's current deadline to

6    respond to the Amended Complaint is March 15, 2022.  Plaintiff and Defendant

7    have ***agreed to settlement in principle***, have exchanged drafts of the settlement

8    agreement, and are near completion of the discussions of said document; the parties

9    require an additional two weeks to finalize the settlement agreement and file for

10   dismissal of all claims. The Parties therefore stipulate to a further 14-day extension

11   of time for Defendant to file its responsive pleading from March 15, 2022 to March

12   30, 2022. This is the third stipulation for extension of the deadline to respond to the

13   Amended Complaint in this case, following an earlier extension of the deadline to

14   respond to the original complaint. Dkt. 22, Dkt. 28, Dkt. 29.

15       Defendant respectfully submits that good cause exists for an extension of

16   time, and Plaintiff's counsel agrees to this request.

17       I, Kristopher L. Reed, attest that the other signatory on this Stipulation to

18   Extend Time to Respond to Complaint concurs in the filing's content and has

19   authorized the filing.

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:21-CV-8216 GW-RAO                                         - 1 -

1

2      DATED:  March 15, 2022          Respectfully submitted,

3                                      KILPATRICK TOWNSEND & STOCKTON
                                       LLP
4

5
                                       By:    */s/ Kristopher L. Reed*
6                                             KRISTOPHER L. REED
                                              STEVEN D. MOORE
7                                             TAYLOR J. PFINGST

8                                      Attorneys for Defendant
                                       SENSATA TECHNOLOGIES HOLDINGS,
9                                      PLC

10

11                                     RAMEY & SCHWALLER LLP

12

13
                                       By:    */s/ William P. Ramey, III*
14                                            WILLIAM P. RAMEY, III (Admitted Pro
                                              Hac Vice)
15

16                                     Attorneys for Plaintiff
                                       CYBOENERGY, INC.
17

18

19

20

21

22

23

24

25

26

27

28
