1

**KILPATRICK TOWNSEND & STOCKTON LLP**
STEVEN D. MOORE (SBN 290875)

2

smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900

3

San Francisco, CA  94111
Telephone:  415-576-0200

4

Facsimile:   415-576-0300

5

KRISTOPHER REED (SBN 235518)
kreed@kilpatricktownsend.com

6

KEVIN M. BELL, Admitted *Pro Hac Vice*
kbell@kilpatricktownsend.com

7

1400 Wewatta Street, Suite 600
Denver, CO  80202

8

Telephone:  303-571-4000
Facsimile:   303-571-4321

9

TAYLOR J. PFINGST (State Bar No. 316516)

10

tpfingst@kilpatricktownsend.com
1801 Century Park East, Suite 2300

11

Los Angeles, CA 90067
Telephone:  310-248-3830

12

Facsimile:   310-860-0363

13

Attorneys for Defendant
SENSATA TECHNOLOGIES HOLDINGS, PLC

14

15

**UNITED STATES DISTRICT COURT**

16

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

**WESTERN DIVISION**

18

19

| | |
|---|---|
| CYBOENERGY, INC.,a Delaware Corporation, | Case No. 2:21-cv-8216 GW-RAO |
| | |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| SENSATA TECHNOLOGIES HOLDINGS, PLC, a Public Limited Company of England and Wales, | Complaint Served: February 1, 2022<br>Current Response Date:  March 30, 2022<br>New Response Date:      April 20, 2022 |
| Defendant. | Judge: Hon. George H. Wu |

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
 CASE NO. 2:21-CV-8216 GW-RAO

1    The undersigned counsel of record for Plaintiff CyboEnergy, Inc. ("Plaintiff")
2 and Defendant Sensata Technologies Holdings, PLC ("Defendant"), pursuant to
3 Local Rule 7-1, hereby stipulate to extend the time for Defendant to respond to
4 Plaintiff's Amended Complaint for Patent Infringement ("Amended Complaint")
5 filed by Plaintiff on February 1, 2022. Dkt. 27. Defendant's current deadline to
6 respond to the Amended Complaint is March 30, 2022.  The Plaintiff and Defendant
7 have executed a settlement agreement, and the parties require an additional three
8 weeks to complete their respective settlement terms and to file the Dismissal of all
9 claims.  The Parties therefore stipulate to a further 21-day extension of time for
10 Defendant to file its responsive pleading from March 30, 2022 to April 20, 2022.
11 This is the fourth stipulation for extension of the deadline to respond to the
12 Amended Complaint in this case, following an earlier extension of the deadline to
13 respond to the original complaint. Dkt. 22, Dkt. 28, Dkt. 29, Dkt 30.

14    Defendant respectfully submits that good cause exists for an extension of
15 time, and Plaintiff's counsel agrees to this request.

16    I, Kristopher L. Reed, attest that the other signatory on this Stipulation to
17 Extend Time to Respond to Complaint concurs in the filing's content and has
18 authorized the filing.

19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:21-CV-8216 GW-RAO                                        - 1 -

1    DATED:  March 30, 2022          Respectfully submitted,

2                                    KILPATRICK TOWNSEND & STOCKTON
                                     LLP
3

4                                    By:    /s/ Kristopher L. Reed
5                                           KRISTOPHER L. REED
                                            STEVEN D. MOORE
6                                           TAYLOR J. PFINGST

7                                    Attorneys for Defendant
                                     SENSATA TECHNOLOGIES HOLDINGS,
8                                    PLC

9

10                                   RAMEY & SCHWALLER LLP

11

12                                   By:    /s/ William P. Ramey, III
13                                          WILLIAM P. RAMEY, III (Admitted Pro
                                            Hac Vice)
14

15                                   Attorneys for Plaintiff
                                     CYBOENERGY, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

