Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III  *(pro hac vice anticipated)*
Email: wramey@rameyfirm.com
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 900-4941

*Attorneys for Plaintiff*
CyboEnergy, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYBOENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENSATA TECHNOLOGIES HOLDINGS, PLC, <br><br> Defendant. | Case No.: 2:21-cv-08216-SB-ADS <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** <br><br> **(35 U.S.C. § 271)** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, CyboEnergy. Inc. hereby files this notice of dismissal of this action for all of Plaintiff's claims. The Plaintiff agrees that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and

-1-

attorneys' fees.

Dated: April 14, 2022

                                        Respectfully submitted,

                                        MAHAMEDI IP LAW LLP

                                        /s/ Susan S.Q. Kalra
                                        Susan S.Q. Kalra, CA SBN 167940
                                        Email: susan@m-iplaw.com
                                        1055 West 7th Street, Suite 3300
                                        Los Angeles, CA 90017
                                        Telephone: (213) 433-5960
                                        Fax: (408) 236-6641


                                        RAMEY & SCHWALLER LLP

                                        /s/ William P. Ramey, III
                                        William P. Ramey, III (*pro hac vice anticipated*)
                                        Email: wramey@rameyfirm.com
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        Telephone: (713) 426-3923
                                        Fax: (832) 689-9175

                                        ***Attorneys for Plaintiff***
                                        CyboEnergy, Inc.